*(A Texas Limited Liability Company)*

**Authorizing Chapter 11 Bankruptcy Filing**

**Date:** December 1, 2025

---

The undersigned, **Austin Hughes**, Owner and President of **Thunder Sun, Inc.**, a Texas limited liability company (the "Company"), hereby adopts the following resolutions:

---

**WHEREAS,** the Company is experiencing financial challenges and requires relief under the United States Bankruptcy Code; and

**WHEREAS,** the Company has determined that filing a voluntary petition for relief under Chapter 11 of the Bankruptcy Code is in the best interests of the Company, its creditors, and its stakeholders; and

**WHEREAS,** the Company intends to file the Chapter 11 petition in the Northern District of Texas and/or the Eastern District of Texas, as appropriate based on venue and jurisdictional requirements.

---

**NOW, THEREFORE, BE IT RESOLVED THAT:**

**1. Authorization to File Chapter 11**

The Company is hereby authorized to file a voluntary petition for relief under **Chapter 11** of the United States Bankruptcy Code in the Northern District of Texas and/or the Eastern District of Texas.

**2. Authorized Representative**

**Austin Hughes**, Owner and President of the Company, is authorized and empowered to:

- Execute, verify, and file the Chapter 11 petition;

- Sign any and all schedules, statements, motions, lists, and documents required in the bankruptcy case;

- Take any and all actions necessary or appropriate in connection with the Company's Chapter 11 filing;

- Appear on behalf of the Company in all bankruptcy-related matters.

### 3. Engagement of Bankruptcy Counsel

The Company is authorized to retain qualified bankruptcy counsel to prepare, file, and represent the Company in connection with its Chapter 11 case.

### 4. Ratification of Prior Actions

All actions taken to date by the Company or its representatives in connection with evaluating, preparing, or initiating the Chapter 11 filing are hereby ratified, approved, and confirmed.

---

**IN WITNESS WHEREOF**, the undersigned has executed this Corporate Resolution on the date first written above.

*[signature]* 12/01/2025

**Austin Hughes**

Owner & President

Thunder Sun, Inc.