BTXN 094 (rev. 5/04)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In Re: § § §

**Thunder Sun Inc.**    § Case No.:
§
§
Debtor(s) § §
§

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

- ■ is the first mail matrix in this case.

- ☐ adds entities not listed on previously filed mailing list(s).

- ☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).

- ☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date: 12/1/2025

Signed by:
[signature]
E1B213261FC6447
**Austin Randall Hughes**/**President**
Signer/Title

Date: 12/01/2025

*/s/ Tara T. LeDay*
Signature of Attorney
**Tara T. LeDay**
**Husch Blackwell LLP**
**111 Congress Avenue, Suite 1400**
**Austin, TX 78701**
**512-479-1141   Fax: 512-479-1101**

90-1117815
Debtor's Social Security/Tax ID No.

_____
Joint Debtor's Social Security/Tax ID No.

Adrian Ramos
309 Hazelwood
Lubbock, TX 79403

Alliance Credit Union
PO Box 64970
Lubbock, TX 79464

AmEx Blue Business
PO Box 96001
Los Angeles, CA 90096-8000

AmEx Business Cash
P.O. Box 96001
Los Angeles, CA 90096-8000

Angela Ramos
106 Ave. K
Lubbock, TX 79401

Archwest Capital
19800 Mac Arthur Blvd., Suite 1150
Irvine, CA 92612

Archwest Funding
19800 Mac Arthur Blvd., Suite 1150
Irvine, CA 92612

Associated Bank
200 North Adams Street
Green Bay, WI 54301

Austin Randall Hughes
3817 62nd Dr.
Lubbock, TX 79413

Bank of America
PO Box 660441
Dallas, TX 75266-0441

Benito Sauceda
2104 53rd Street
Lubbock, TX 79412

BlueVine
30 Montgomery Street, Suite 1400
Jersey City, NJ 07302

Bustos Law Firm, P.C.
Matthew N. Zimmerman
PO Box 1980
Lubbock, TX 79408-1980

Caprock Waster
5813 E FM 40
Lubbock, TX 79403

Carlos Ramon
3010 Grinnell
Lubbock, TX 79415

Carpet Shield
3233 62nd Street
Lubbock, TX 79413

Chase Business
PO Box 6294
Carol Stream, IL 60197-6294

City Bank
5219 City Bank Pkwy
Lubbock, TX 79407

City of Lubbock Utilities
1401 Ave.K
Lubbock, TX 79401

City of Plainview Utilities
3301 Quincy Street
Plainview, TX 79072

Civic Financial
5960 Berkshire Ln, 5th Floor
Dallas, TX 75225

Community National Bank
P.O. Box 3903
Midland, TX 79702

Contessa Capital
PO Box 690187
Houston, TX 77269

Divvy - Now Bill Spend & Expense
6220 America Center Dr, Suite 100
San Jose, CA 95002

DLP Funding
447 Broadway, 2nd Floor, Unit 805
New York, NY 10013

EN OD Capital
1202 Avenue U Ste 1115
Brooklyn, NY 11229

Everest Funding
102 W 38th Street, 6th - Floor
New York, NY 10018

Felix Castro
4511 E FM 41
Slaton, TX 79364

First Bank & Trust
9816 Slide Road
Lubbock, TX 79424

First Bank & Trust Co.
9816 Slide Road
Lubbock, TX 79424

Forge Trust Co.
1160 Industrial Road, Suite 1
San Carlos, CA 94070-4128

Forge Trust Co.
1160 Industrial Road, Ste. 1
San Carlos, CA 94070-4128

Gary Perry
1202 14th Street
Ralls, TX 79357

Gibson & Sheen, PLLC
13914 Indiana Avenue, Suite 100
Lubbock, TX 79423

GM Business Card (Goldman Sachs)
PO Box 70321
Philadelphia, PA 19176-0321

Greener Pastures Landscaping
8605 CR 6920
Lubbock, TX 79407

Happy Trash
1320 N King Ave.
Lubbock, TX 79403

Headway Capital
175 W Jackson Blvd, Suite 1000
Chicago, IL 60604

Honest Funding
447 Broadway, 2nd Floor #1197
New York, NY 10013

Hunter Kelsey of Texas, LLC
7200 N Mopac Expy Suite 120
Austin, TX 78731

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jeff McCutchin
7307 59th Stret
Lubbock, TX 79407

LBK Lending LLC
8418 WAYNE AVE
Lubbock, TX 79424

Levrado Sepeda
1919 34th, Apt. 7
Lubbock, TX 79411

Lubbock Central Appraisal District
2109 Ave Q
Lubbock, TX 79411

Lynn County Appraisal District
1908 N 2nd St
Tahoka, TX 79373

Marc Lopez
In Jail
3502 N Holly Ave.
TX 76403

Markus Carithers
1101 Ave. M
Ralls, TX 79357

Mary Company
De Cubas & Lewis, Attorney at Law
PO Box 5026
Fort Lauderdale, FL 33310

Mathew Aragon
220 Nontareil Lane
Clovis, NM 88101

Matt Garcia
5520 58th St. Apt. 159
Lubbock, TX 79414

Matthew Schumann
8405 Bent Tree Rd
Austin, TX 78759

McCreary Veselka Bragg and Allen PC
PO Box 3018
Abilene, TX 79604-3018

Michelle Schumann
26230 Salt Creek Ln
Katy, TX 77494

NXT Gen Electric
503 53rd Street
Lubbock, TX 79404

Olegario Garza
4409 48th Street
Lubbock, TX 79414

Parkside Funding
7901 4th St N Ste 300, Street
Petersburg, FL 33702

Paul Sutton
3306 39th Street
Lubbock, TX 79413

Pedro Sistos
9311 Remington
Lubbock, TX 79424

Pinnacle Commercial
10507 Quaker Ave suite 207
Lubbock, TX 79424

Pinnacle Funding
1202 Avenue U Ste 1115
Brooklyn, NY 11229

Quaker Capital Partners LLC
7005 Salem Park Drive, Suite 200
Lubbock, TX 79424

Quest Electrical
5715 CR 7700
Lubbock, TX 79424

Ramp
28 W 23rd Street
New York, NY 10010

Rick Lopez
1319 59th Street
Lubbock, TX 79412

Robert Murillo
118 77th Street
Lubbock, TX 79404

Robin Hughes
4710 Jefferson
Deer Park, TX 77536

Searcher's Capital
1302 Waugh Dr #831
Houston, TX 77019

Selene Finance
P.O. Box 660369
Dallas, TX 75266-0369

Selene Finance, LP
9990 Richmond Ave, Ste 400 S
Houston, TX 77042-4546

Shawn Smith
Address Unknown

South Plains Electric Co-op
1818 114th Street
Lubbock, TX 79423

Spectra Bank
PO Box 185070
Fort Worth, TX 76181-0070

Sprouse Shrader Smith PC
Taylor K. Kelley
PO Box 15008
Amarillo, TX 79105-5008

Square Advance
7901 4th St N, Ste 300, Street
Petersburg, FL 33702

Texas Attorney General
P.O. Box 12548
Austin, TX 78711

Texas Workforce Commission
Tax-Collections
101 E. 15th Street
Austin, TX 78778-0001

Thunder Pump Services

PO Box 1425
Shallowater, TX 79363

Tim Cueva
7001 11th Street
Lubbock, TX 79416

Trey Chandler
P.O. Box 64181
Lubbock, TX 79464

Triad Financial Services
13901 Sutton Park Drive South, Suite 300
Jacksonville, FL 32224

Truly
3133 West Frye Road, Suite #205
Chandler, AZ 85226

Truly Investor Capital
3133 W. Frye Road, Suite 205
Chandler, AZ 85226

U.S. Attorney General
U.S. Department of Justice
10th & Pennsylvania Ave
Washington, DC 20530

U.S. Attorney's Office
1205 Texas Ave. Room 700
Lubbock, TX 79401

Veronica Davila
1511 25th
Lubbock, TX 79411

ViVi LLC
4009 92nd Street
Lubbock, TX 79423

Vontive
1000 2nd Ave Suite 2500
Seattle, WA 98104

Wayne Flake
6802 Norfolk Avenue
Lubbock, TX 79413

Wellington State Bank
PO Box 1032
Wellington, TX 79095

Western Bank
5701 82nd Street
Lubbock, TX 79424

WillFull Properties, LLC
4008 104th St
Lubbock, TX 79423

WillFull Properties, LLC
4008 104th Street
Lubbock, TX 79423

Wundertre
3604 34th Street
Lubbock, TX 79410

Xcel Energy
100 SE 9th Street
Plainview, TX 79072-8720