MULLIN HOARD & BROWN, LLP
M. Andrew Stewart, SBN: 24037554
P.O. Box 2585
Lubbock, Texas 79408
Telephone: (806) 765-7491
Facsimile:  (806) 765-0553
Email:  astewart@mhba.com
**Attorneys for City Bank**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## LUBBOCK DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Thunder Sun Inc.,** | § | **CASE NO. 25-50338-11** |
| *Debtor.* | § | **(Chapter 11)** |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

TO THE HONORABLE JUDGE, U. S. BANKRUPTCY COURT:

Pursuant to Bankruptcy Rule 9010(b), please take notice that the undersigned firm is appearing for City Bank in the above-referenced bankruptcy proceeding.

City Bank is a secured creditor of and a party in interest in this case. Pursuant to Bankruptcy Rules 2002, 3017, and 9007 of the Rules of Bankruptcy Procedure, the undersigned, on behalf of the named party hereby requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the address and telephone number set forth below.

Please take further notice that the foregoing request includes the notices and papers referred to in the rules specified above and also includes, without limitation, notice of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, or requests and any other documents brought before the Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile, email, electronic filing or otherwise.

Respectfully Submitted,

MULLIN HOARD & BROWN, LLP
M. Andrew Stewart, SBN: 24037554
P. O. Box 2585
Lubbock, Texas 79408-2585
Tel:    (806) 765-7491
Fax:    (806) 765-0553
Email: astewart@mhba.com


By:    /s/ M. Andrew Stewart
         M. Andrew Stewart, SBN: 24037554
         *Attorneys for City Bank*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Notice was sent first-class, U.S. Mail, postage prepaid, on this 2nd day of December, 2025 to the following listed parties in interest:

1.  Thunder Sun Inc.
    5109 82nd St., Ste. 7 #1102
    Lubbock, TX  79424
    *dba Thunder Sun Homes*
    *Debtor*

2.  Tara T. LeDay
    HUSCH BLACKWELL LLP
    111 Congress Avenue,
        Suite 1400
    Austin, TX  78701
    *Attorney for Debtor*

3.  United States Trustee
    1100 Commerce Street
    Room 976
    Dallas, TX  75202
    *U.S. Trustee*

4.  To all other parties requesting
    ECF notification.


        /s/ M. Andrew Stewart
        M. Andrew Stewart