Julie Anne Parsons
State Bar Number 00790358
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 1269
Round Rock, Texas 78680-1269
Telephone: (512) 323-3200
Email: jparsons@mvbalaw.com
*Counsel for Lynn County Appraisal District*

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 25-50338 |
| THUNDER SUN INC | |
| DEBTOR | CHAPTER 11 |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS**

Notice is hereby given that Julie Anne Parsons of McCreary, Veselka, Bragg & Allen, P.C., P.O. Box 1269, Round Rock, Texas 78680-1269 will appear as counsel for **Lynn County Appraisal District** in the above-entitled case and requests that service of notices and other documents be made upon this attorney of record.

Dated: December 2, 2025

    Respectfully submitted,

    MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
    Attorneys for Lynn County Appraisal District

    */s/ Julie Anne Parsons*
    Julie Anne Parsons
    State Bar Number 00790358
    P.O. Box 1269
    Round Rock, Texas 78680-1269
    Telephone: (512) 323-3200
    Email: jparsons@mvbalaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above Notice of Appearance And Request For Service Of Notices And Other Documents to debtor's counsel Tara T. LeDay, Husch Blackwell LLP, 111 Congress Avenue, Suite 1400, Austin, Texas 78701 and to the United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75202 on December 2, 2025, by CM/ECF Electronic Notification.

*/s/ Julie Anne Parsons*
Julie Anne Parsons