IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 |
|  | ) |  |
| THUNDER SUN INC., | ) | Case No. 25-503380-bwo11 |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

**DECLARATION IN SUPPORT OF DEBTOR'S OBJECTION TO THE UNITED STATES TRUSTEE'S REQUEST FOR AN EXPEDITED HEARING ON THE UNITED STATES TRUSTEE'S MOTION TO DISMISS**

I, Austin Hughes, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief.

1. I am the owner of Thunder Sun Inc., the debtor and debtor in possession (the "**Debtor**") located at 5109 82nd St Suite 7 #1102 Lubbock, TX 79424.

2. The Debtor has acted diligently and in good faith to meet its obligations as a debtor-in-possession and property owner.

3. On December 7, 2025, Debtor confirmed with Reliant Energy that the electricity is functioning properly at 302 East Purdue Street, Lubbock, TX 79403 ("**Subject Property**") the main property of concern in the U.S. Trustee's *Motion to Dismiss Bankruptcy Case with Prejudice* ("**Motion to Dismiss**").

4. On December 7, 2025, Thunder Sun Inc. engaged a plumbing contractor who had begun repairs on December 1, 2025. All updates regarding the work were communicated through Tiffany Grantz, who served as the on-site coordinator and contractor. The repairs included clearing blockages, replacing damaged PVC sections above and below ground, repairing cracked pipes in the northwest corner of the lot, locating underground leaks marked by the City's blue flag, and performing necessary excavation and cleanup of surfacing sewage. Code enforcement was present and, upon completion of initial repairs, restored water service to the property. Additional issues identified on the same day are currently being addressed, with code enforcement permitting continued water service during remediation.

5. On November 24, 2025, the Debtor engaged Waste Haulers for trash service, however, Waste Haulers was unavailable for trash pickup until December 8, 2025, when dumpsters will arrive to the Subject Property.

HB: 4935-2303-6287.1

6. Additionally, Debtor has been good faith efforts to obtain all insurance policies currently available. Due to the holidays, there was a delay in obtaining evidence of all active policies, however, as noted in the Motion to Dismiss, Debtor has substantially complied with the compliance reporting requirements by providing supporting documentation of the active policies.

7. Debtor will provide any remaining supporting documentation by December 12, 2025.

8. The United States Trustee's concerns regarding insurance and utilities are unfounded. Proof of insurance has been provided, and remaining policies will be delivered imminently. Utilities at the Subject Property are fully functional, and waste removal is scheduled. No emergency exists.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: December 8, 2025

/s/ Austin Hughes
Name: Austin Hughes
Title: President
Firm: Thunder Sun Inc.
Address:  5109 82nd Street, suite 7 #1102
          Lubbock, TX 79424
Telephone:  806-939-5805
Email: austin@thundersunhomes.com

HB: 4935-2303-6287.1