Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242
(214) 767-8967

Erin Marie Schmidt,
For the United States Trustee
Erin.Schmidt2@usdoj.gov

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## LUBBOCK DIVISION

| | | |
|---|---|---|
| In re: | § § § | |
| THUNDER SUN INC., | § § § § § | CASE NO. 25-50338-BWO-11 |
| *Debtor-in-Possession*. | | |

### Notice of Hearing on the *United States Trustee's Motion to Dismiss under 11 U.S.C. § 1112(b) with Prejudice to Refiling for 180 Days*
**[related to ECF 16]**

Please Take Notice that the *United States Trustee's Motion Dismiss under 11 U.S.C. § 1112(b) with Prejudice to Refiling for 180 Days* at ECF 16 is now set for hearing before the Honorable Brad W. Odell, United States Bankruptcy Judge as follows:

| | |
|---|---|
| Hearing Date and Time: | Monday, December 15, 2025, at 10:00 AM CT |
| Hearing Location: (In Person) | George H. Mahon Federal Building and U.S. Courthouse<br>1205 Texas Avenue<br>Judge Odell's Courtroom in Room 314<br>Lubbock, Texas 79401 |

Any counsel examining witnesses or introducing evidence will need to appear at the hearing in person.

---

**NOTICE OF HEARING**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1

Dated: December 9, 2025

Respectfully submitted,

LISA L. LAMBERT
UNITED STATES TRUSTEE

*/s/ Erin Marie Schmidt*
Erin Marie Schmidt, Trial Attorney
Texas State Bar No. 24033042
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242
(214) 767-1075
Erin.Schmidt2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on December 9, 2025, a copy of the forgoing document was served via ECF on all parties receiving electronic notice and via first class United States mail on the parties on the attached service list.

*/s/ Erin Marie Schmidt*
Erin Marie Schmidt